

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| Plaintiff | |
| vs | Case Number   L:25-PO-00340-SAH-1 |
| ELON I GORDON | |
| Defendant | |

Violation Charged  Violating closures and use limits    Citation Number   (E1569424)

Date Violation Notice Issued   06/21/2025          Place    WYNP

### PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  9:30-9:31                                Interpreter   N/A

Date   July 9, 2025                             Interpreter Telephone   N/A

Before the Honorable   Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear    Warrant issued on   Jul 9, 2025

☐ Appeared    ☐ By telephone
              ☐ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
                    ☐ FPD      ☐ PANEL-CJA      ☐ RETAINED
☐ Attorney waived

☐ Court orders case continued to _____   at _____
     reason:

☐ Bail is set at
          ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety
☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00340-SAH-1

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made ☐ orally    ☐ in writing

☐ Informed of charges and rights    Date
☐ Defendant arraigned    Date
☐ Court accepts plea    Defendant enters ☐ Guilty    ☐ Not Guilty Plea
☐ Trial    Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence    Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision    ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine    Payable
☐ Restitution    To
☐ Community Service    To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other  $300 Warrant to follow.